```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 14584
   CLAUDIO R ORELLANA
   LILLIAN S RUIZ ORELLANA                 CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4370    SSN XXX-XX-9209


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/08/2006 and was confirmed 03/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/05/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 WELLS FARGO AUTO FINANCE   SECURED VEHIC   10325.00        667.55        2306.03
 WELLS FARGO AUTO FINANCE   UNSECURED        5016.40           .00            .00
 ROUNDUP FUNDING LLC        UNSECURED        1774.87           .00            .00
 CAPITAL ONE                UNSECURED         746.48           .00            .00
 CBUSASEARS                 UNSECURED       NOT FILED          .00            .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED         799.63           .00            .00
 FINGERHUT                  UNSECURED       NOT FILED          .00            .00
 GLOBAL PAYMENTS            UNSECURED       NOT FILED          .00            .00
 ECAST SETTLEMENT CORP      UNSECURED         504.46           .00            .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED         279.44           .00            .00
 IC SYSTEMS                 UNSECURED       NOT FILED          .00            .00
 MRSI                       UNSECURED       NOT FILED          .00            .00
 NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED          .00            .00
 NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED          .00            .00
 NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED          .00            .00
 PEOPLES GAS & LIGHT        UNSECURED       NOT FILED          .00            .00
 ASSET ACCEPTANCE CORP      UNSECURED         153.42           .00            .00
 SEARS                      NOTICE ONLY     NOT FILED          .00            .00
 WFFINANCE                  UNSECURED       NOT FILED          .00            .00
 ASSET ACCEPTANCE LLC       UNSECURED         250.41           .00            .00
 LVNV FUNDING LLC           UNSECURED        4394.04           .00            .00
 RESURGENT CAPITAL SERVIC   UNSECURED         498.79           .00            .00
 ECAST SETTLEMENT CORP      UNSECURED         392.03           .00            .00
 DAVID M SIEGEL             DEBTOR ATTY      3,000.00                      434.74
 TOM VAUGHN                 TRUSTEE                                        230.06
 DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE                 3,638.38
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 14584 CLAUDIO R ORELLANA & LILLIAN S RUIZ ORELLANA

```
PRIORITY                                                                .00
SECURED                                                            2,306.03
    INTEREST                                                         667.55
UNSECURED                                                               .00
ADMINISTRATIVE                                                       434.74
TRUSTEE COMPENSATION                                                 230.06
DEBTOR REFUND                                                           .00
                                          ---------------    ---------------
TOTALS                                           3,638.38           3,638.38
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 06/25/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 06 B 14584 CLAUDIO R ORELLANA & LILLIAN S RUIZ ORELLANA